# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON DEMARKO STEVENS,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN K. BIRKHOLTZ, Warden,<br><br>    Respondent. | Case No. 2:22-cv-07642-MRA-SP<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: <u>August 28, 2024</u>

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE